**MEMO ENDORSED**

# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | June 9, 2021 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St., Courtroom 218
White Plains, NY 10601

Re: **Romel Hernandez v. Ultra Shine Car Wash, Inc., et al.**
*Docket No. 20-CV-498 (NSR) (AEK)*

Dear Judge Roman:

We represent plaintiff Romel Hernandez in the above-referenced matter, and we write jointly with defendants' counsel to request for the first time an adjournment of the June 25, at 10:00 a.m., post-discovery case management conference. The reason for our request is that at the June 3 status conference in this matter, Magistrate Judge Krause, at the parties' request, extended the discovery end date from June 15 to July 30. Therefore, the parties respectfully request that the post-discovery conference be adjourned to a date after July 30. No other dates will be affected by this requested adjournment.

We thank the Court for its attention to this matter. The parties are available at Your Honor's convenience should the Court have any questions regarding the foregoing..

Respectfully submitted,

David Stein

cc: Stanley J. Silverstone, Esq. (via ECF)

---

The parties' request to adjourn the telephonic Case Management Conf. from June 25, 2021 until Sept. 14, 2021 at 10:00 am is granted. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Clerk of Court requested to terminate the motion (doc. 30).
Dated: June 10, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021