MEMO ENDORSED

LAW OFFICE OF
## STANLEY J. SILVERSTONE

_____

10 Esquire Road, Suite 12
New City, NY 10956
Tel. (845) 215-9522
Fax (845) 215-0131
Email:  sjs@sjsilverstone.com

September 15, 2021

VIA ECF

Hon. Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *Romel Hernandez v. Ultra Shine Car Wash, Inc.*
      Case No. 20-cv-498-NSR

Dear Judge Roman:

On behalf of the defendants, I write to request that the telephone Status Conference scheduled for October 13, 2021, at 10:30 am (Doc. No. 33) be rescheduled to October 12, 2021, at 10:30 am, because I will be unavailable due to travel on October 13.  Counsel for the plaintiff consents and is available on October 12.

Thank you.

Respectfully submitted,

*/s/ Stanley J. Silverstone*

Stanley J. Silverstone

cc:   David Stein, Esq.

Deft's request to advance the telephonic Status Conf. from Oct. 13, 2021 to Oct. 12, 2021 at 10:30 am is GRANTED with Pltf's consent.  Counsel are directed to follow the dial-in instructions contained in this Court's Rescheduling Order (ECF No.33).  Clerk of the Court requested to terminate the motion (ECF No. 34).
Dated:  Sept. 15, 2021
White Plains, NY   **SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____9/15/2021____